Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'07 APR 23 12:34USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EVAN P. GILBERTSON,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 06-6137-BR

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry the parties submitted herein, Order is hereby granted in the sum of $4410.41 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs or expenses.

IT IS SO ORDERED this day of _April 23_, 2007

_____
U.S. District Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

1 - ORDER